AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Kenneth Butler<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>3:17MJ5246 |

FILED

8:28 am Oct 05 2017

Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2015 to October 4, 2017__ in the county of __Lucas__ in the
__Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Sex Trafficking of Children |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Sworn to telephonically after being submitted by reliable electronic means.

_Complainant's signature_

Alex O. Hunt, Special Agent FBI
_Printed name and title_

Date: 10/05/2017

_Judge's signature_

City and state: Toledo, Ohio

James R. Knepp, II, U.S. Magistrate Judge
_Printed name and title_