United States District Court )
Northern District of Ohio )
Western Division )

**FILED**

**8:28 am Oct 05 2017**

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

### AFFIDAVIT

**I.  Introduction Agent Background**

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1. I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2. I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been a Special Agent with the FBI since 2015. I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency. I was previously employed as a patrol officer for the Lilburn Police Department in Lilburn, Georgia from 2009 to 2011 and as a criminal investigator for the Gwinnett County Solicitor's Office in Lawrenceville, Georgia from 2011 to 2015. Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3. This affidavit is submitted in support of a criminal complaint charging Kenneth Butler with sex trafficking of children, in violation of Title 18, United States Code, Section 1591. All of the information contained in this affidavit is the result of either my personal observations or investigation, or has been provided to me by other law enforcement officers, all of whom I believe to be reliable. This affidavit contains information to establish probable cause for a criminal complaint. It is not intended to list each and every fact observed or known during this investigation.

**II.  Summary of the Evidence**

4. On September 13, 2017, the affiant spoke with Person #1 (DOB: xx/xx/1999) regarding Kenneth Butler. Person #1 stated she met Kenneth Butler at Anthony Haynes's church in Toledo, Ohio, when Person #1 was approximately 15 years old. Person #1 knew Kenneth Butler was a minister.

5. Shortly after meeting Butler, while Person #1 was 15 years old, Butler expressed his desire to have sex with her. Specifically, while in the parking lot of Haynes's church, Butler told her he wanted to have sex with her in the front seat of his car and that he would make her "come hard." This sexual conversation was interrupted by another church member approaching the car which caused it to end.

6. After this point, Butler started providing Person #1 car rides to work and to Butler's church in the Detroit, Michigan area. During these car rides, Butler tried to touch Person #1 and convince her to give him oral sex. Person #1 did not obliged.

7. However, when Person #1 was 16 years old, she had sex with Butler in his vehicle in the City of Toledo. Approximately one month later, she felt pregnant and took several Plan B pills that she believed terminated the pregnancy.

8. On October 4, 2017, the affiant again interviewed Person #1 related to Butler. Person #1 stated that she had sex with Butler on two occasions. Specifically, she stated they had sex in his vehicle in an alley off the Anthony Wayne Trail. Immediately following the sex, Butler placed money on the center console for her. Person #1 took the money and later purchased food for her and her siblings. Person #1 stated while she had sex with him again, he did not pay her on that occasion.

9. On this same day, Person #1 and Anthony Haynes's wife placed a recorded telephone call to Butler. During the call Butler admitted to having sex with Person #1 when she was 16 years old and giving her money immediately thereafter. Butler stated that he thought Person #1 was "close to" the age of 18 at the time, inferring that he knew she was a minor.

10. Furthermore, Butler instructed Person #1 to lie to the FBI if questioned because he knows the truth would incriminate him. He specifically stated that Person #1 should not mention the sex in his vehicle.

11. Later that day, the affiant interviewed Butler regarding Person #1. Butler admitted to having sex with Person #1 on multiple occasions. He stated one of the times was in his vehicle coming back from Michigan. He admitted to knowing she was a minor and he admitted to giving her money on multiple occasions, including the same days as the sex acts, but refutes it was in exchange for the sex.

12. Based on the information contained herein, I believe probable cause exists that Kenneth Butler violated Title 18, United States Code, Section 1591, sex trafficking of children.

_____
SA Alex O. Hunt, FBI

Subscribed and sworn telephonically after being
Submitted by reliable electronic means on
this 5th day of October, 2017

_____
James R. Knepp, II
United States Magistrate Judge
Northern District of Ohio – Western Division