# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 3:17CR158 |
| | ) | |
| | ) | JUDGE JACK ZOUHARY |
| | ) | |
| Plaintiff | ) | |
| | ) | **NOTICE OF REQUEST** |
| v. | ) | **FOR DISCOVERY** |
| | ) | |
| ANTHONY HAYNES | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Defendant requests discovery and inspection with the right to copy or photograph, where appropriate, the following materials:

1. Pursuant to Rule 16(a)(1)(A), the substance of all oral statements made by Defendant.

2. Pursuant to Rule 16(a)(1)(B), all written or recorded statements of Defendant.

3. Pursuant to Rule 16(a)(1)(D), a copy of the Defendant's prior criminal record.

4. Pursuant to Rule 16(a)(1)(E), all documents, photographs, and

other tangible objects, or copies of portions thereof that (i) is material to preparing the defense; (ii) the Government intends to use in its case in chief at trial;(iii) the item was obtained from or belongs to defendant.

  5. Pursuant to Rule 16(a)(1)(F), all reports of physical and mental examination and of any scientific test or experiment

  6. Pursuant to Rule 16(a)(1)(G), the name(s) of any expert witness and the requisite summary of testimony the Government intends to utilize as evidence in chief at trial.

  7. All evidence favorable to the Defendant on the issues of guilt or punishment.

            Respectfully submitted,

            *s/ Donna M. Grill*
            DONNA M. GRILL (#0062141)
            Office of the Federal Public Defender
            617 Adams Street, 2nd Floor
            Toledo, Ohio 43604
            (419) 259-7370 (O) 419-259-7375 (F)
            E-mail: donna_grill@fd.org.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2017 a copy of the foregoing Request for Discovery was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing reports. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's system.

*<u>s/Donna M. Grill</u>*
Donna M. Grill
Attorney for Defendant