✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  Ohio

USA

V.

Cordell Jenkins (2)

## EXHIBIT AND WITNESS LIST

Case Number: 3:17 CR 158-02

| PRESIDING JUDGE<br>Jack Zouhary | PLAINTIFF'S ATTORNEY<br>Mike Freeman/Alissa Sterling | DEFENDANT'S ATTORNEY<br>Allison Folmar/Lorin Zaner |
|---|---|---|
| TRIAL DATE (S)<br>7/6/2017 | COURT REPORTER<br>Angela Nixon | COURTROOM DEPUTY<br>Laura Doerfler |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 7/6/2017 |  |  | Chorrethers Jenkins |
|  | X | 7/6/2017 |  |  | Stephanie Jenkins |
|  |  |  |  |  |  |
| X |  | 7/6/2017 |  |  | Alex Hunt |
| 1 |  | 7/6/2017 | x | x | 302 Report |
| 2 |  | 7/6/2017 | x | x | Photo of Still video at Vito's |
| 3 |  | 7/6/2017 | x | x | Phone Search Items from Laura Jenkins' phone |
| 4 |  | 7/6/2017 | x | x | Laura Jenkins' cell phone call records |
| 5 |  | 7/6/2017 | x | x | Laura Jenkins' cell phone call records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages