IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:17 CR 158

    Plaintiff,  ORDER

-vs-

    JUDGE JACK ZOUHARY

Anthony Haynes (1),
Cordell Jenkins (2),

    Defendants.

This Court held a Pretrial Conference on September 7, 2017. Appearances: Donna Grill for Defendant Haynes; Allison Folmar, Lorin Zaner, and Jill Varnes-Richardson for Defendant Jenkins; Michael Freeman for the Government. (Court Reporter: Angela Nixon).

This Court set a further Status Conference for **Tuesday, November 14, 2017 at 2:00 PM**. Counsel shall contact Chambers if they require assistance prior to that hearing. If either Defendant wishes to enter a guilty plea at that hearing, extra time will be set aside. Counsel shall contact Chambers prior to the hearing if extra time is being requested.

This Court finds that the time period until November 14, 2017 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7) to provide defendants reasonable time to investigate and prepare pretrial motions and to review discovery. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendants in obtaining a speedy trial.

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

September 8, 2017